UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IQBAL BACCHUS,

                       Plaintiff,

              -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION D/B/A
NYC HEALTH + HOSPITALS,

                     Defendant.

-------------------------------------------------------------------X

**COMPLAINT**

Jury Trial Demanded

Docket No.:

Plaintiff, Iqbal Bacchus, by and through his attorneys, LEEDS BROWN LAW, P.C., complaining of Defendant herein, alleges upon knowledge as to himself and his own actions, and upon information and belief as to all other matters, as follows:

## JURISDICTION AND VENUE

1. This action is brought pursuant to the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*, the New York State Human Rights Law, Executive Law § 296, *et seq.*, the New York City Human Rights Law, Admin Code § 8-101*, et seq.*, and any other cause of action which can be inferred from the facts set forth herein.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1343(a)(3), 28 U.S.C. § 1343(a)(4).

3. Venue is proper pursuant to 28 U.S.C. § 1391.

4. All conditions precedent to maintaining this action have been fulfilled. On April 11, 2023, a complaint was filed with the New York State Division of Human Rights ("NYSDHR"), which was dual-filed with the Equal Employment Opportunity Commission ("EEOC").

1

On February 25, 2026, the EEOC issued a right to sue letter. This action was properly instituted within 90 days of the receipt of said letter.

## PARTIES

5. Plaintiff, Iqbal Bacchus ("Iqbal") is a man of Indian descent who practices the Muslim faith. Plaintiff was and still is a resident of Queens County, New York.

6. Defendant, New York City Health and Hospitals ("H+H") is a public benefit corporation with a principal place of business in New York, New York. H+H is the nation's largest municipal health care delivery system in the country and consists of an integrated network of hospitals.

## FACTUAL BACKGROUND

7. On October 28, 2019, H+H hired Iqbal as a permanent electrician, assigned to Coney Island Hospital's engineering department.

8. Iqbal is one of nine electricians employed at Coney Island Hospital ("CIH"). He is the only non-Caucasian, as well as the only electrician to be hired from the civil service exam list and with a bachelor's degree.

9. Richard Winters (Provisional Electrical Supervisor) was Iqbal's first supervisor at CIH.

10. Upon Iqbal's request, Winters granted Iqbal permission to attend mosque services for 15 minutes on Fridays.

11. At that time, William J. Prine (Electrician), as the most senior electrician, often acted as supervisor in Winters' absence. On one occasion, while Prine was acting supervisor and Iqbal was at the mosque, Prine asked Marc Bartolomeo (provisional electrician) where

Iqbal was, and Bartolomeo responded that Iqbal was at the mosque. Prine told Bartolomeo that he didn't want Iqbal wandering around the facility and directed him to call Iqbal to return to the shop.

12. Additionally, even though Winters granted Iqbal permission to attend mosque, often when Iqbal advised Winters that he was going to pray, Winters asked Iqbal how often he had to pray and questioned him about it, asking if he was really going to pray or to do something else and sometimes commenting about whether he was just "wandering the facility." He also made comments indicating that Iqbal should be working and not praying. This occurred approximately 3-5 times.

13. On April 30, 2020, Winters retired and Prine became the provisional supervisor.

14. Leading up to Winters' retirement party, Prine was collecting money for food for the retirement party at the shop. Iqbal asked what kind of food would be there and said he could not eat everything because of his religious dietary restrictions. Iqbal asked to discuss this privately with Prine who refused and belittled Iqbal for not contributing to the retirement party food and did so in front of others in the shop.

15. Shortly after Prine became the provisional supervisor, Iqbal asked Prine for permission to attend mosque services during his breaks. Prine asked if it was every Friday and said, "you're not leaving the grounds." Iqbal responded that the mosque was in the building, and it was every Friday. Prine orally granted him permission but told him to let him know every Friday before he goes.

16. Iqbal's attendance irked Prine who repeatedly asked Iqbal why he was going to pray. On

3

approximately 2-4 occasions a month, Prine would make comments about Iqbal's mosque attendance indicating that Prine viewed it as an inconvenience and he sometimes said that Iqbal had to work and not pray. Sometimes when saying this, Prine would point his finger aggressively in Iqbal's face and say this with a hostile tone. Additionally, while Iqbal was praying, Prine would often harass Iqbal by showing up at assigned jobs and waiting for Iqbal to return or calling him on his walkie-talkie to disrupt Iqbal's prayer time.[1]

17. On August 12, 2020, Iqbal asked Prine why he was not rotating equally with the other electricians who received paid lunch. Paid lunch was earned when an employee was on generator load shedding duty, which required an employee to monitor the generator through lunch. Iqbal was not equally offered such duty and was thereby not paid through lunch as often as his similarly situated peers who were outside of Iqbal's protected class and did not request religious accommodations. Prine responded defensively saying that Iqbal was already being paid for the time spent praying and not working. Iqbal reported the incident to the assistant director of engineering, John Do Carmo, and complained about not being treated equally. Do Carmo scheduled a meeting with the director of engineering, Donald McManamon.

18. In or around August 17, 2020, at that meeting with Do Carmo and McManaman, Iqbal repeated his complaints and specifically said that he felt he was being treated differently because of his race and religion. McManamon denied this and said that he had known Prine for a long time and offered to show Iqbal records of other employees who worked there previously. Presumably the implication was that there were other minority employees who

---

[1] These events occurred from April 2020, when Prine granted Iqbal permission to attend mosque through approximately the end of 2022.

were not mistreated by Prine. Do Carmo and McManamon said they would speak to Prine and have a follow-up meeting with Iqbal there. There was no follow up meeting.

19. Thereafter, Prine often repeatedly threatened Iqbal with a transfer if he caused any problems, stating that the transfer was designed to teach people a lesson who don't follow orders. Also, in the immediate aftermath of Iqbal's complaints of discrimination, when Iqbal called Prine, the calls were sent directly to voice mail. Prine also increased his hostile treatment of Iqbal.

20. In October 2020, during a three-week automatic transfer switch job, Prine told Iqbal not to use the bathroom adjacent to the mosque on the eighth floor to wash before prayer and also said that he would not grant him relief to pray while on this three-week project.

21. Leading up to May 31, 2021, Iqbal had been complaining to other Muslims in the mosque about the way he was treated and asked how they were being treated. Multiple people suggested that Iqbal ask Prine for written permission to pray.

22. On May 31, 2021, by email, Iqbal asked Prine in writing for permission to attend services at the mosque.

23. On June 2, 2021, Prine responded by email, stating "I approve of this request in accordance with the rules and regulations put forth by HHC / Coney Island Hospital Human Resource Department." However, Prine continued his efforts to discourage Iqbal's prayer as described above.

24. On November 22, 2021, Prine had ordered food from a pork store for the department with money collected for a party. Coworkers informed Iqbal about the party, but he was not

5

invited or asked to give money. During the party, Prine assigned Iqbal to work offsite by himself. When Iqbal returned from the assignment, Prine criticized Iqbal for returning too soon and told him to return the tools. After Iqbal returned the tools, Prine oddly texted Iqbal telling him that they were having lunch in the shop. Iqbal returned as lunch was ending. Prine actively excluded him due to his religion, when his religious diet could have been accommodated.

25. On January 3, 2022, Prine revoked Iqbal's prayer accommodation via email, telling Iqbal that if he wanted to attend services at the facility, he could no longer use his 15-minute break but would have to use vacation time.

26. On January 4, 2022, Iqbal emailed Kevin Marazzo (EEO Officer) complaining about the denial of his religious accommodation and requesting reasonable accommodation to attend religious services once a week.

27. Marrazzo responded, cc'ing Manuel Saez (Vice President of Facilities) and Jamie Grecco (HR Director of Realignment and Redeployment), advising Iqbal that the first step is to have the senior management in the department review the request and advising Iqbal that he had cc'd senior management on the email.

28. Thereafter, Iqbal forwarded the chain, with Iqbal's accommodation request, to Do Carmo.

29. Iqbal did not receive a response from anyone about the request for accommodation.

30. In the weeks following that email, Prine told Iqbal two or three times that if he was found in the mosque area he would be written up and/or disciplined.

31. On January 28, 2022, following Iqbal's EEO complaint and request for accommodation, Prine gave him notice that he was being transferred to Jacobi Hospital in the Bronx without a legitimate business reason and in a manner that was different than the way his similarly situated co-workers outside of his protected class were treated.

32. Consistent with Prine's directive, Iqbal worked at Jacobi Hospital from January 30, 2022, to May 3, 2022, with no contact with Prine or anyone from CIH. At Jacobi, Iqbal orally asked Jan Warjowski (Provisional Supervisor - same position as Prine) for permission to pray. Warjowski granted the request without issue. Iqbal enjoyed the benefit of the accommodation, without incident, his whole time at Jacobi.

33. Iqbal returned to CIH on May 9, 2022. Upon his return Iqbal was again subjected to Prine's harassing behavior, including Prine's constant checking to ensure he was not praying.

34. After continuously being denied overtime opportunities, Iqbal sent Prine an email on July 21, 2022, memorializing his concern, which was then forwarded to Brad Shurland (Director of Engineering). Shurland stated that denial of overtime was a serious allegation and that it would be forwarded to labor and relations.

35. Prine, Shurland, and Iqbal met at which time Prine complained that Iqbal only cares about praying and not his work and that he was using the bathroom near the mosque to wash for religious and prayer purposes. Prine then threatened Iqbal in front of Shurland to which the director responded, "Can we all get along?"

36. On September 2, 2022, the civil service list for the position of supervisor of electrician was established, and Iqbal was one of a small number of candidates listed.

37. On October 27, 2022, Prine asked Iqbal to resend his prayer accommodation request and asked for details regarding the request. Prine cc'd Radcliff Bolton, Julia Galinski (Human Resource Compliance Manager) and Markus Tominus (Director of Labor Relations).

38. Before and after this, Cozzo, the local 3 business agent, called Iqbal several times to inform him that he could not attend mosque during his working hours.

39. On October 28, 2022, Iqbal replied to Prine's email responding to his questions, even though Prine was aware of these responses based on prior conversations and the fact that the request was simple. Specifically, Iqbal's response was "As previously submitted, I requested to utilize my 15-minute break on Fridays to attend religious services held at Coney Island Hospital from 1:35 PM to 1:50 PM."

40. On November 3, 2022, at 10:21 AM Iqbal emailed Bolton a request for a prayer accommodation. At 10:36 AM, Iqbal forwarded Bolton the email in which Prine previously denied Iqbal's prayer accommodation. These emails remained unanswered.

41. On January 30, 2023, Iqbal received an invitation to attend the supervisor of electrician hiring pool on February 8, 2023, for appointment from the civil service list. The supervisor position was available at six hospitals including Jacobi and CIH.

42. On February 8, 2023, Iqbal attended the hiring pool and was interviewed. Do Carmo and Bolton were on the hiring panel. Iqbal was not given an offer. The position at CIH was offered to Eric Cunningham, a Caucasian candidate, who worked at another hospital. After Cunningham declined the position, it was still not offered to Iqbal. Also, three other Caucasian employees were offered the supervisor position at other hospitals. None of the

8

people who got promotions asked for religious accommodations or complained of discrimination.

43. On February 17, 2023, Iqbal received a modified evaluation from the period of 10/28/2021-10/27/2022, which was originally dated December 26, 2022. When Iqbal had initially reviewed the evaluation in December, he did not see any negative comments whatsoever. The February modifications, however, stated that Iqbal needed to improve on use of time and production when scheduled on jobs which undoubtedly referred to his time spent in prayer. Iqbal discussed the negative evaluation with Bolton who said Iqbal could attach a rebuttal to the evaluation.

44. On February 27, 2023, Iqbal spoke with Diana Jacobs, the Chief Operating Officer, as well as Kevin Fehily (Executive Director) informing them of the racial and religious discrimination he had endured.

45. On March 2, 2023, in response to Iqbal speaking with Jacobs and Fehily, Bolton emailed Iqbal regarding his prayer accommodation request, asking specifically what he needed including how many times a day he needed to pray, and for how long. This information had been previously provided multiple times.

46. As Iqbal has repeatedly made this simple request, his response on April 11, 2023, was to provide a copy of this complaint along with an email saying, "See attached complaint detailing my need for accommodation, efforts to receive same, as well as the disparate treatment I have received in connection with my religion."

47. On January 29, 2024, Prine retired from his position as Supervisor of Electrician. The

following day, a provisional electrician named Anthony Parente (White male) was appointed as acting Supervisor of Electrician. Parente was neither a permanent electrician nor eligible to take the Supervisor of Electrician civil service exam. Nevertheless, he received daily additional compensation, all available overtime, and the full benefits associated with the supervisory role.

48. On June 18, 2024, Plaintiff Iqbal Bacchus took the Supervisor of Electrician exam for the second time and passed—marking his second successful completion of the qualifying examination.

49. In July 2024, the Supervisor of Electrician position at South Brooklyn Health was officially posted. Plaintiff submitted his application on July 29, 2024. On August 14, 2024, he was interviewed for the position by a hiring panel that included Radcliffe Bolton.

50. Parente was laid off on August 2, 2024, at 2:30 PM. Despite the fact that the Supervisor of Electrician position had remained officially vacant since Prine's departure, Parente had been receiving enhanced pay and performing supervisory duties from January 30, 2024, until his last day.

51. On November 9, 2024, a white male was appointed as a provisional Supervisor of Electrician. He was transferred from Jacobi Hospital in the Bronx to Coney Island Hospital to assume the role.

52. Despite being the most senior electrician at South Brooklyn Health and having passed the Supervisor of Electrician exam twice, Plaintiff was never offered the position. Nor was he ever given the opportunity to act as supervisor during the extended vacancy or in the

absence of a provisional supervisor.

## CLAIM FOR RELIEF
### (Discrimination and Retaliation)

53. As set forth above, H+H subjected Iqbal to adverse actions in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*, the New York State Human Rights Law, Executive Law § 296, *et seq.*, the New York City Human Rights Law, Admin Code § 8-101, *et seq.*, on the basis of his race, religion, retaliation, and for failure to provide religious accommodations.

WHEREFORE, Plaintiff demands judgment against Defendant, for all compensatory, emotional, physical, and punitive damages (where applicable), lost pay, and any other damages permitted by law.  It is further requested that this court grant reasonable attorneys' fees and the costs and disbursements of this action and any other relief to which Plaintiff is entitled.  Plaintiff demands a trial by jury.

Dated: Carle Place, New York
March 3, 2026

LEEDS BROWN LAW, P.C.
*Attorneys for Plaintiff*
One Old Country Road, Suite 347
Carle Place, N.Y. 11514
(516) 873-9550

_____/s_____
RICK OSTROVE

11